UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| RANDY HANDEL, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED PARCEL SERVICE, INC., <br><br> Defendant. | 4:18-CV-04044-KES <br><br> **JOINT MOTION TO DISMISS** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, and by their respective attorneys of record, that the above-entitled action may be dismissed upon the merits, with prejudice, and without costs or fees to either party, and that the Court may forthwith and without further notice to any of the parties enter a Judgment of Dismissal.

Dated: May 22, 2019

HAGEN, WILKA & ARCHER, LLP

By: /s/ Thomas K. Wilka
Thomas K. Wilka
Sara E. Schroeder
600 S. Main Avenue, Suite 102
P.O. Box 964
Sioux Falls, SD 57101-0964
(605) 334-0005
*Attorneys for Plaintiff*

1

Dated: May ___, 2019

HEIDEPRIEM, PURTELL, SIEGEL
& OLIVIER, LLP

By: _____
Steven S. Siegel
101 West 69th Street, Suite 105
Sioux Falls, SD 57108
Phone: (605) 679-4470
Fax: (605) 679-4379
steve@hpslawfirm.com

Mark J. Girouard (Admitted *Pro Hac Vice*)
Sarah B. Riskin (Admitted *Pro Hac Vice*)
NILAN JOHNSON LEWIS PA
120 South 6th Street, Suite 400
Minneapolis, MN 55402-4501
Phone: (612) 305-7500
Fax: (612) 305-7501
mgirouard@nilanjohnson.com
sriskin@nilanjohnson.com

*AttorneysfFor Defendant*