UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| RANDY HANDEL,<br><br>          Plaintiff,<br><br>    vs.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>        Defendant. | 4:18-CV-04044-KES<br><br><br>JUDGMENT |

Under the parties' joint stipulation for dismissal (Docket 18), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice and the parties shall bear their own costs, expenses, and attorney fees.

Dated May 22, 2019.

BY THE COURT:

/s/ *Karen E. Schreier*

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE